**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| RAYTHEON COMPANY, a Delaware corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 6:18-cv-1308-RBD-DCI |
| v. | )<br>) |
| WILLIAM REBARICK, | )<br>) |
| Defendant. | )<br>) |

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

WHEREAS, Defendant William Rebarick ("Rebarick") represents and confirms that he no longer has any confidential, proprietary, or trade secret information belonging to Plaintiff Raytheon Company ("Raytheon") in his possession, custody, or control.

NOW THEREFORE and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Raytheon, by and through its undersigned counsel, dismisses this action without prejudice, with each party bearing its own costs and fees.

DATED: June 20, 2019

Respectfully submitted,

| | |
|---|---|
| */s/ Dennis P. Waggoner* | */s/ Richard Lee Barrett* |
| Dennis P. Waggoner (Fla. Bar No. 509426) | Richard Lee Barrett (Fla. Bar No. 0407161) |
| Trial Counsel | Trial Counsel |
| dennis.waggoner@hwhlaw.com | lee@bcrlaw.net |
| HILL WARD HENDERSON | BARRETT, CHAPMAN & RUTA, P.A. |
| 101 E. Kennedy Blvd., Suite 3700 | 18 Wall Street |
| Tampa, FL 33602 | P.O. Box 3826 |
| Tel: (813) 221-3900 | Orlando, FL 32802-3826 |
| Fax: (813) 221-2900 | Tel: (407) 839-6227 |
| | Fax: (407) 648-1190 |
| Gregg F. LoCascio, P.C. (admitted pro hac vice) | |
| gregg.locascio@kirkland.com | *Counsel for William Rebarick* |
| Sean M. McEldowney (admitted pro hac vice) | |
| sean.mceldowney@kirkland.com | |
| Thomas P. Weir (admitted pro hac vice) | |
| tom.weir@kirkland.com | |
| James John Lomeo (admitted pro hac vice) | |
| james.lomeo@kirkland.com | |
| KIRKLAND & ELLIS LLP | |
| 1301 Pennsylvania Avenue, N.W. | |
| Washington, D.C. 20004 | |
| Tel: (202) 389-5000 | |
| Fax: (202) 389-5200 | |
| | |
| *Counsel for Raytheon Company* | |